UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Daniel E. Ayer, Sr.</u>

    v.                                      Civil No. 07-fp-304

<u>NH State Prison, Warden</u>


**<u>ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS</u>**

Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

    **SO ORDERED.**

                                            _____
                                            James R. Muirhead
                                            United States Magistrate Judge


Date:    October 4, 2007

cc:      Daniel E. Ayer, Sr., pro se