**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW HAMPSHIRE**

Daniel E. Ayer, Sr.

    v.                                                 Civil No. 07-fp-304

NH State Prison, Warden

**ORDER GRANTING REQUEST TO**
**PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed <u>in forma pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

**SO ORDERED.**

_/s/ James R. Muirhead_
James R. Muirhead
United States Magistrate Judge

Date:   October 4, 2007

cc:     Daniel E. Ayer, Sr., pro se