UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Daniel E. Ayer, Sr.

      v.                        Case No. 07-cv-304-SM

N.H. State Prison, Warden

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 7, 2007, for the reasons forth therein. Petitioner's claim 8, alleging a violation of petitioner's Fourth Amendment rights, is hereby dismissed.

SO ORDERED.

November 26, 2007

_____
Steven J. McAuliffe
Chief Judge

cc: Daniel E. Ayer, Sr.