UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Daniel E. Ayer, Sr.

Case No. 07-cv-304-SM

v.

New Hampshire State Prison

O R D E R

This case has been stayed since June 19, 2008, while the petitioner returns to state court to exhaust his ineffective counsel claim. This case shall be administratively closed while the stay is in effect. The petitioner is reminded to file status reports every 90 days to notify this court of his progress in the state courts. The Court should, of course, immediately be notified upon ultimate resolution of the issues.

SO ORDERED.

July 14, 2008

Steven J. McAuliffe
Chief District Judge

cc:    Daniel E. Ayer, Sr., pro se