UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Daniel E. Ayer, Sr.

      v.                     Case No. 07-cv-304-SM

Warden, New Hampshire
State Prison


ORDER

Petitioner has not filed a 90-day status report as ordered. Accordingly, within 30 days, Petitioner must either file a status report or show cause why the stay should not be terminated and the petition dismissed for failure to demonstrate exhaustion of all claims.


Date:  November 7, 2012

_Steven J. McAuliffe_
Steven J. McAuliffe
U.S. District Judge

cc:  Daniel E. Ayer, Sr., pro se